United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 3, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 01-50464

---

UNITED STATES OF AMERICA

Plaintiff-Appellee

versus

ESTATE OF ANDREW CLYDE PARSONS as Represented by its Independent
Executor, Patrick D. Millar

Appellant

- - - - -
Appeal from the United States District Court for the
Western District of Texas
- - - - -

ON PETITIONS FOR REHEARING AND REHEARING EN BANC

(Opinion December 11, 2002, 5 Cir., 2002, _____F.3d_____)

(June 3, 2003)

BEFORE: KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES,
SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
BENAVIDES, STEWART, DENNIS, CLEMENT and PRADO, Circuit
Judges.

BY THE COURT:

A member of the Court in active service having requested
a poll on the petition for rehearing en banc and a majority of
the judges in active service having voted in favor of granting a
rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the
court en banc with oral argument on a date hereafter to be fixed.
The Clerk will specify a briefing schedule for the filing of

supplemental briefs.